# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1248
_____

PAULO HENRIQUE DE OLIVEIRA,

Appellant,

v.

DEPARTMENT OF HIGHWAY
SAFETY AND MOTOR VEHICLES,

Appellee.

_____

On appeal from Department of Highway Safety and Motor Vehicles.
Robert Kynoch, Deputy Executive Director.

November 24, 2025

PER CURIAM.

AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Paulo Henrique De Oliveira, pro se, Appellant.

Daniel Biggins, Chief Counsel, Department of Highway Safety and Motor Vehicles, Tallahassee, for Appellee.